SANDY B. CASLER AND OTHERS, RESPONDENTS, *v.* ELIZABETH SITTS, IMPLEADED, APPELLANT.

*Mutual mistakes — correction of — bona fide purchaser.*

Although courts of equity will, in actions between the parties to any instrument or transaction, or their privies, correct mutual mistakes which have occurred therein, yet this will not be done, when the interest acquired by one of the parties to such instrument or transaction has been subsequently transferred to a *bona fide* purchaser without notice. (1 Story's Eq. Juris., § 165; *Cady* v. *Potter*, 55 Barb., 463.)

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*Watts T. Loomis*, for appellant. *Earl, Smith & Brow*, for respondents.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., SMITH and GILBERT, JJ.

Judgment reversed so far as it orders reformation of deed, and modified so as to determine the rights of the partition, and directs partition as the rights are set forth in the answer. Question of costs reserved.